McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-049 GEB |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER |
| RUBEN GONZALEZ AVILA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED:** That the status conference set for October 13, 2006 is VACATED, and a new status conference date of November 17, 2006 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between October 13, 2006 and November 17, 2006, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of
///
///

1

1 | justice.
2 | Dated: October 11, 2006
3 |
4 | /s/ Garland E. Burrell, Jr.
   | GARLAND E. BURRELL, JR.
   | United States District Judge