HARRIS B. TABACK, Esq., California State Bar No. 111017
LAW OFFICES OF HARRIS B. TABACK
345 Franklin Street, Suite 102
San Francisco, CA 94102
Telephone (415) 241-1400

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | CR No. S 06-049 GEB |
| ) | |
| Plaintiff,            ) | |
| ) | **STIPULATION TO RESCHEDULE** |
| vs.            ) | **STATUS CONFERENCE AND** |
| ) | **{PROPOSED} ORDER** |
| RUBEN GONZALES AVILA            ) | |
| ) | |
| Defendant.            ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Harris B. Taback, that the Status Conference currently scheduled for Friday, February 16, 2007, be vacated and a new Status Conference be scheduled for Friday, April 20, 2007.

   It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to April 20, 2007, under Local Code T4, Title 18, United States Code, Section 3161 (h) (8) (B) (iv), to give the defendant time to complete an investigation and to receive and review additional discovery and to adequately prepare.

Dated: February 9, 2007                    Respectfully submitted,


                                           /s/ HARRIS B. TABACK
                                           Attorney for RUBEN GONZALES AVILA

1  Dated: February 9, 2007              McGREGOR W. SCOTT
                                        U. S. Attorney
2

3

4                                       /s/ CAROLYN K. DELANEY
                                        Assistant U. S. Attorney
5

6  The parties' stipulation is approved.

7  Dated:  February 14, 2007

8

9                                       GARLAND E. BURRELL, JR.
                                        United States District Judge
10