McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 06-049 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | |
| RUBEN GONZALEZ AVILA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Harris Taback, that the time under the Speedy Trial Act should be excluded from today's date to August 17, 2007, under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to give the defendant time to review the discovery and to adequately prepare; and to attempt a resolution of this matter.
///

1

```
Dated: July 31, 2007                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        U.S. Attorney

                                        /s/ Carolyn K. Delaney

                                        CAROLYN K. DELANEY
                                        Assistant U.S. Attorney


Dated: July 31, 2007                    /s/ Harris Taback

                                        HARRIS TABACK
                                        Attorney for RUBEN AVILA
```

**IT IS HEREBY ORDERED**: That the time under the Speedy Trial Act between today's date and August 17, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated: August 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge