1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. S 06-049 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER |
| RUBEN GONZALEZ AVILA, | ) | |
| Defendant. | ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Harris Taback, that the motions hearing currently scheduled for Friday, August 17, 2007, should be vacated and a status conference should be scheduled on Friday, September 7, 2007.

   It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to September 7, 2007, under Local Code T4, Title 18,

1

United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to the proposed plea agreement and to adequately prepare.

Dated: August 13, 2007                Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      U.S. Attorney

                                      /s/ Carolyn K. Delaney

                                      CAROLYN K. DELANEY
                                      Assistant U.S. Attorney

Dated: August 13, 2007                /s/ Harris Taback

                                      HARRIS TABACK
                                      Attorney for RUBEN AVILA

**ORDER**

**IT IS HEREBY ORDERED**:   That the motions hearing set for August 17, 2007 is VACATED, and a status conference date of September 7, 2007 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and September 7, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated:  August 14, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge