McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-049 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | AMENDED STIPULATION AND |
| ) | [PROPOSED] ORDER |
| RUBEN GONZALEZ AVILA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Harris Taback, that the status conference currently scheduled for Friday, September 7, 2007, should be vacated; the trial date of September 25, 2007, be vacated;  and a status conference/change of plea hearing should be scheduled on Friday, September 28, 2007.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from

1

today's date to September 28, 2007, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel as attorney Taback has suffered a detached retina and is unable to travel to see the defendant at this time or to adequately prepare.

Dated: August 28, 2007                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          U.S. Attorney

                                          /s/ Carolyn K. Delaney

                                          CAROLYN K. DELANEY
                                          Assistant U.S. Attorney

Dated: August 28, 2007                    /s/ Harris Taback

                                          HARRIS TABACK
                                          Attorney for RUBEN AVILA

**ORDER**

**IT IS HEREBY ORDERED**:   That the status conference set for September 7, 2007 is VACATED; the trial date of September 25, 2007 is vacated; and a status conference/change of plea date of September 28, 2007 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and September 28, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

Dated:  September 11, 2007

                                          _____
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

2