McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S 06-049 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| ) | |
| RUBEN GONZALEZ AVILA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Harris Taback, that the status conference currently scheduled for Friday, September 25, 2007, should be vacated; and a change of plea hearing should be scheduled for October 12, 2007.

   It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to October 12, 2007, under Local Code T4, Title 18,

1

United States Code, Section 3161 (h)(8)(B)(iv), for continuity of counsel as attorney Taback has suffered a detached retina and is unable to travel until October 12, 2007.

Dated: September 24, 2007          Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   U.S. Attorney

                                   /s/ Carolyn K. Delaney

                                   CAROLYN K. DELANEY
                                   Assistant U.S. Attorney

Dated: September 24, 2007          /s/ Harris Taback

                                   HARRIS TABACK
                                   Attorney for RUBEN AVILA

**ORDER**

**IT IS HEREBY ORDERED**:    That the status conference set for September 25, 2007 is VACATED; and a change of plea date of October 12, 2007 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between today's date and October 12, 2007, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to adequately prepare and in the interests of justice.

September 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2