HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUBEN GONZALEZ AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RUBEN GONZALEZ AVILA,<br><br>    Defendant. | No.  2:06-cr-049 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable TROY L. NUNLEY |

Defendant, RUBEN GONZALEZ AVILA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.  On February 22, 2008, this Court sentenced Mr. Avila to a term of 210 months imprisonment;

3.  Mr. Avila's total offense level was 35, his criminal history category was III, and the resulting guideline range was 210 to 262 months;

4. The sentencing range applicable to Mr. Avila was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Avila's total offense level has been reduced from 35 to 33 and his amended guideline range is 168 to 210 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Avila's term of imprisonment to 168 months.

Respectfully submitted,

Dated:  January 12, 2016                    Dated:   January 12, 2016

BENJAMIN B. WAGNER                          HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


 */s/  Jason Hitt*                            */s/ Hannah R. Labaree*
JASON HITT                                  HANNAH R. LABAREE
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    RUBEN GONZALEZ AVILA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Avila is entitled to the benefit Amendment 782, which reduces the applicable guideline range to 168 to 210 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2008 is reduced to a term of 168 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Avila shall report to the United States Probation Office within seventy-two hours after his release.

Dated: January 13, 2016

_____
Troy L. Nunley
United States District Judge